UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT GUIDRY | CIVIL ACTION NO. |
| VERSUS | JUDGE: |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, K&Z ENTERPRISES, INC., AND EDDIE LOVE, JR. | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR REMOVAL**

The petition of Insurance Company of the State of Pennsylvania ("ICSOP") for removal of the above captioned matter from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana respectfully represents the following:

1.

ICSOP has been named as a defendant in a civil action brought against it in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled *Scott Guidry v. The Insurance Company of the State of Pennsylvania, et al,* No. C-679732, Sec. 24. A copy of the citation and petition in that action is attached hereto and constitutes all process, pleadings, and orders served upon ICSOP in said state court action.

2.

The aforesaid action was commenced by petition filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on February 15, 2019, with service of process on ICSOP, through the Louisiana Secretary of State as its designated agent for service of process, on February 26, 2019.

3.

The controversy herein between state court plaintiff, Scott Guidry, and state court defendants is a controversy between a citizen of the State of Louisiana and citizens of states other than Louisiana. At the time of service of plaintiff's petition, the citizenship of the parties was as follows:

a) Plaintiff, Scott Guidry, was a citizen, resident, and domiciliary of the State of Louisiana;

b) Defendant, Insurance Company of the State of Pennsylvania, was a corporation incorporated under the laws of the State of Illinois with its principal place of business in the State of New York.

c) Defendant, K&Z Enterprises, Inc., was a corporation both incorporated and with its principal place of business in the State of Alabama.

d) Defendant, Eddie Love, Jr., was a citizen, resident, and domiciliary of the State of Alabama.

4.

Upon information and belief, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.

Plaintiff's suit is a civil action brought in a state court of which this United States District Court has original jurisdiction because of diversity of citizenship, per 28 U.S.C. 1332, and no defendant is a citizen of the State of Louisiana.

6.

Regarding the consent requirement of 28 U.S.C. 1446(b)(2)(A), ICSOP is the only named state court defendant served thus far. If and when the other named defendants, K&Z Enterprises, Inc., and Eddie Love, Jr., are served, they will be represented by undersigned counsel for ICSOP and will consent to the removal sought herein.

**WHEREFORE**, Insurance Company of the State of Pennsylvania prays that this matter be allowed to proceed in this Court as an action properly removed thereto.

Respectfully Submitted,

**BURGLASS & TANKERSLEY, L.L.C.**

s/Dennis J. Phayer
**DENNIS J. PHAYER (10408)**
Email: dphayer@burglass.com
**SCOTT O. GASPARD (23747)**
Email: sgaspard@burglass.com
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone:   (504) 836-0412
Telefax:  (504) 287-0452

**VERIFICATION**

This is to verify that the attached petition for removal is an accurate reflection which entitles the named petitioner to remove this case to the United States District Court for the Middle District of Louisiana, and that the attached pleadings represent all pleadings which have been served upon petitioner to date in the matter entitled *Scott Guidry v. The Insurance Company of the State of Pennsylvania, et al,* 19th Judicial District Court for the Parish of East Baton Rouge, No. C-679732, Sec. 24.

s/Dennis J. Phayer
**DENNIS J. PHAYER**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have emailed a copy to plaintiff's counsel.

s/Dennis J. Phayer
**Dennis J. Phayer**
