

# CSC

## Notice of Service of Process

LDD / ALL
Transmittal Number: 19436268
Date Processed: 03/01/2019

| | |
|---|---|
| Primary Contact: | Eric Manne<br>AIG Property Casualty<br>80 Pine St<br>Fl 13<br>New York, NY 10005-1734 |
| Entity: | The Insurance Company of the State of Pennsylvania<br>Entity ID Number 0261190 |
| Entity Served: | Insurance Company of the State of Pennsylvania |
| Title of Action: | Scott Guidry vs. The Insurance Company of the State of Pennsylvania |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | East Baton Rouge Parish District Court, LA |
| Case/Reference No: | C-679732 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 02/28/2019 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | Secretary Of State |
| How Served: | Certified Mail |
| Sender Information: | Megan W Kelley<br>985-467-9525 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

# State of Louisiana
# Secretary of State

02/27/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 679732
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

SCOTT GUIDRY
vs
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L. KLING

Date: 02/26/2019
Title: DEPUTY SHERIFF

No: 1109708

TG

**SERVICE COPY**

D1430289

# CITATION

SCOTT GUIDRY  
(Plaintiff)

VS

THE INSURANCE COMPANY OF THE  
STATE OF PENNSYLVANIA, ET AL  
(Defendant)

NUMBER C-679732   SEC. 24

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

SERVED ON  
R. KYLE ARDOIN

FEB 26 2019

SECRETARY OF STATE  
COMMERCIAL DIVISION

TO:   THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA  
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:  
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 19, 2019**.

*Deputy Clerk of Court for*  
**Doug Welborn, Clerk of Court**

Requesting Attorney: KELLEY, MEGAN W  
(985) 467-9525

*The following documents are attached:  
**PETITION, INTERROGATORIES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:  
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE: $_____  
MILEAGE $_____  
TOTAL:   $_____

Deputy Sheriff  
Parish of East Baton Rouge

CITATION-2000

EAST BATON ROUGE PARISH C-679732
Filed Feb 15, 2019 10:49 AM    24
Deputy Clerk of Court

### 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

DOCKET NO.:                                DIVISION:

### SCOTT GUIDRY

### VERSUS

### THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, K & Z ENTERPRISES, INC., AND EDDIE LOVE, JR.

FILED: _____                 DEPUTY CLERK_____

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Scott Guidry, a person of the full age of majority, domiciled in the Parish of Tangipahoa, State of Louisiana, who respectfully avers that he is entitled to all damages as are reasonable and who represents the following with respect:

1.

Made Defendants herein are:

- THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, (" Pennsylvania Insurance Company") upon information and belief, a foreign insurer authorized to do and doing business in the State of Louisiana, and the liability insurance carrier of K & Z Enterprises, Inc., doing business as Smith's Trucking, and its course and scope employee Eddie Love, Jr., whose registered agent for service of process is the Louisiana Secretary of State, located at 8585 Archives Ave., Baton Rouge, LA 70809;

- K & Z ENTERPRISES, INC., DBA SMITH'S TRUCKING ("Smith's Trucking") upon information and belief, a foreign corporation, domiciled in the State of Alabama, and the course and scope employer of Eddie Love, Jr., whose registered agent for service of process is Christopher Smith, 75 Pipes Avenue, Clanton, AL 35045; and

- EDDIE LOVE, JR., upon information and belief, an individual of the full age of majority, and the course and scope employee of Smith's Trucking, domiciled in the County of Autauga, State of Alabama, at 3304 W. Highway 82, Billingsley, AL 36003.

These Defendants are justly and truly indebted to Plaintiffs in an amount sufficient to satisfy the jurisdictional requirements of this Court (more than $50,000.00), together with interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for all other

*Petition for Damages*                                                                 *Page 1 of 5*


Certified True and Correct Copy
CertID: 2019021900504

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/19/2019 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

reasonable general and equitable relief allowable under the law for reasons that follow.

2.

On or about March 23, 2018, at approximately 9:27 p.m., in the Parish of Tangipahoa, City of Hammond, State of Louisiana, Plaintiff Scott Guidry was travelling Westbound on West Club Deluxe Road, near the intersection of Professional Plaza Drive, in a 2015 Ford F-150 that he owned.

3.

Plaintiff and the vehicle he occupied were covered by liability automobile insurance in compliance with Louisiana Law at all times relevant to these proceedings.

4.

At the same time, Defendant Eddie Love, Jr., was attempting to exit Professional Plaza Drive to travel onto West Club Deluxe Road, in a 2005 International Harvester 9900 Commercial Truck that he owned.

5.

At the aforementioned time and place, suddenly and without warning or justification, Defendant Eddie Love, Jr., failed to yield and made an improper left turn from Professional Plaza Drive onto West Club Deluxe Road, into Plaintiff's lane of travel, causing a collision with the front end of Plaintiff's vehicle.

6.

At all times relevant to these proceedings, Plaintiff Scott Guidry, exercised all due care, caution, and safety, and he obeyed all traffic laws and safety regulations.

7.

Conversely, Defendant Eddie Love, Jr., operated his commercial truck in a careless, reckless, and/or negligent manner, in violation of traffic laws and motor vehicle safety standards.

8.

Defendant Eddie Love Jr.'s careless, reckless, and/or negligent acts and/or omissions caused the collision and damages described herein.

*Petition for Damages*          *Page 2 of 5*


Certified True and Correct Copy
CertID: 2019021900504

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/19/2019 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

Defendant Eddie Love, Jr., was acting in the course and scope of his employment as a carrier for Defendant Smith's Trucking.

10.

Defendant Pennsylvania Insurance Company issued to Defendant Smith's Trucking a policy of automobile liability insurance, policy number 009882963, applicable to Defendant Eddie Love, Jr., and the vehicle he was operating. Said policy included coverage for Plaintiff's damages herein. Accordingly, Defendants Pennsylvania Insurance Company, Smith's Trucking, and Eddie Love, Jr., are liable *in solido* to Plaintiff.

11.

As a result of the aforementioned collision, which was caused entirely by Defendant Eddie Love, Jr.'s carelessness, recklessness and/or negligence, Plaintiff sustained severe personal injuries his head, neck, back, and other anatomy, which caused Plaintiff physical and mental pain, suffering, and disability, *inter alia*.

12.

The collision and damages to Plaintiff were caused by the carelessness, recklessness, and/or negligence of Defendant Eddie Love, Jr., in the following non-exclusive particulars:

a) Reckless and/or careless driving;
b) Operating his motor vehicle in an unsafe manner;
c) Failing to see what he should have seen;
d) Failing to maintain a proper lookout;
e) Failing to take proper safety precautions under the circumstances;
f) Failing to maintain control;
g) Failing to yield;
h) Failing to stop;
i) Improper left turn;
j) Failing to comply with prevailing motor vehicle safety standards; and
k) Any and all other acts of negligence or other fault to be proven at trial.

13.

Accordingly, Defendants are responsible jointly and severally, *in solido*, to Plaintiff for

*Petition for Damages*                                                                                      *Page 3 of 5*



Certified True and Correct Copy
CertID: 20190219000504

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/19/2019 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

damages in the following non-exclusive particulars:

    a) Medical and related expenses (past and future);

    b) Mental and physical pain and suffering (past and future);

    c) Loss of enjoyment of life (past and future);

    d) Loss of wages (past and future)

    e) Out of pocket expenses (past and future); and

    f) Any other items to be proven at trial.

14.

Pursuant to Louisiana Code of Civil Procedure Article 42, et seq., venue is proper because The Insurance Company of the State of Pennsylvania is a foreign insurer.

WHEREFORE, Plaintiff Scott Guidry, prays that the Defendants herein, The Insurance Company for the State of Pennsylvania, K & Z Enterprises, Inc., and Eddie Love, Jr., be served and duly cited to appear and answer this Petition all as provided by law; and that after all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of the Plaintiffs and against the Defendants, jointly and severally, in solido, for any and all damages described herein and/or proved at trial of this matter, together with legal interest thereon from the date of judicial demand until paid for all costs of these proceedings, and for all other general and equitable relief which may be appropriate under the circumstances.

Respectfully submitted:

*Megan Kelley*

PARKER LAYRISSON LAW FIRM
J. Parker Layrisson (Bar #28120)
Meghan E. Notariano (Bar #37248)
Megan Kelley (Bar #37189)
P.O. Box 1860
200 E. Hickory St.
Ponchatoula, LA 70454
T: 985-467-9525
F: 985-247-8214
E: file@layrisson.com



Certified True and Correct Copy
CertID: 2019021900504

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/19/2019 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Please Serve:

THE INSURANCE COMPANY FOR THE STATE OF LOUISIANA
*Through its Registered Agent for Service of Process*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Please Serve through Louisiana Long Arm Statute:

K & Z ENTERPRISES, INC.
*Through Its Registered Agent for Service of Process*
Christopher Smith
75 Pipes Avenue
Clanton, AL 35045

EDDIE LOVE JR.
3304 W. Highway 42
Billingsley, AL 36003

*Petition for Damages* — *Page 5 of 5*



Certified True and Correct Copy
CertID: 2019021900504

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/19/2019 11:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).